The People of the State of Illinois, defendant in error, v. John Freeman, plaintiff in error. Gen. No. 35,199.

Heard in the third division of this court for the first district at the June term, 1931. Opinion. filed March 16, 1932.

Herman Aschin, for plaintiff in error; Elwyn E. Long, of counsel. John A. Swanson, State's Attorney, for defendant in error; Otho S. Fasig, Henry T. Chace, Jr., and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

A. G. Guerri, appellee, v. Chicago Daily News, Inc., appellant. Gen. No. 35,279.

Heard in the third division of this court for the first district at the June term, 1931. Opinion filed March 16, 1932.

Fisher, Boyden, Bell, Boyd & Marshall, for appellant; Earl K. Schiek, of counsel. Joseph H. Hinshaw, for appellee; William A. Hanson, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Chicago Title & Trust Company, appellee, v. Millie Stickler et al., defendants. Broadway Building Corporation, appellant. Gen. No. 35,701.

Heard in the third division of this court for the first district. Opinion filed March 16, 1932.

Jacobson, Merrick, Nierman & Silbert, for appellant. Kirkland, Fleming, Green & Martin, for appellee; Weymouth Kirkland, V. M. Welsh and A. C. Hamilton, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

R. M. LaBelle, appellant, v. George E. Kennedy et al., appellees. Gen. No. 35,130.

Heard in the third division of this court for the first district at the April term, 1931. Opinion filed March 16, 1932.

Monahan & Monahan, for appellant. Charles F. Clyne and Charles J. Monahan, for appellees.

Mr. Justice Friend delivered the opinion of the court.